UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:25−cv−06443−MWF−PD          Date          October 9, 2025

Title       MICHAEL HARRIS V. H AND S ENERGY, LLC ET AL

---

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

          Rita Sanchez                              Not Reported;
        Courtroom Deputy                           Court Reporter

    Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
            None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

    In light of the Notice of Settlement filed 9/25/25, the Court sets a hearing on Order To Show Cause Re Dismissal for November 3, 2025 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

    **IT IS SO ORDERED.**

                                                Initials of Clerk:  rs